```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ABDEL RAHMAN NEMBER KHALE                                   :
ABUOUDEH,                                                   :
                                                            :
                              Plaintiff,                    :      25-CV-1901 (VSB)
                                                            :
                 -against-                                  :          ORDER
                                                            :
KRISTI NOEM, et al.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 7, 2025, Plaintiff filed this action against Defendants. (Doc. 1.) Due to a filing error, Plaintiff filed another complaint on March 13, 2025. (Doc. 3.) Plaintiff obtained electronic summonses on March 14, 2025. (Docs. 9–11.) To date, Plaintiff has not filed an affidavit of service or taken any other action to prosecute this case. On June 13, 2025, I ordered Plaintiff to file a letter demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 12.) I specifically warned Plaintiff that "failure to submit a letter and to demonstrate good cause for failure to serve Defendants within ninety days after the complaint was filed will result in dismissal of this action." (*Id.*) Because Plaintiff has failed to do so, this case is dismissed under Rule 4(m).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: July 7, 2025
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge